**Joyce MAYEAUX; Joey Mayeaux, Plaintiffs–Appellants,**

v.

**Robert K. MORRIS; Hammond Daily Star Publishing Company; James N. Cooper, Defendants–Appellees.**

No. 04–30780.
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

Decided Feb. 11, 2005.

Douglas Daniel Brown, Law Offices of Douglas D. Brown, Hammond, LA, for Plaintiffs–Appellants.

Howard Shapiro, Rene' E. Thorne, Proskauer Rose, New Orleans, LA, for Defendants–Appellees.

Before GARZA, DeMOSS, and CLEMENT, Circuit Judges.

PER CURIAM: *

Plaintiffs Joyce and Joey Mayeaux appeal the lower court's decision which granted defendants' motion for summary judgment and dismissed as moot plaintiffs' motions in limine and to compel. The lower court concluded that appellants failed to make the necessary prima facie cases for any of its discrimination claims. Notwithstanding appellants' reliance on this Court's opinion in *Rachid v. Jack In The Box, Inc.*, 376 F.3d 305 (5th Cir.2004), a prima facie case remains a necessary threshold element to discriminatory and retaliatory termination claims. *Id.* at 312.

---

* Pursuant to 5th Cir. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5th Cir. R. 47.5.4.

The magistrate's order is AFFIRMED for the reasons contained therein.